958 A.2d 494

**Larry CHAMBERS, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 113 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 2, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**